

FILED
CLERK, U.S. DISTRICT COURT

APR 19 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>STARLITE RECLAMATION<br>ENVIRONMENTAL SERVICES, INC.,<br>CHRISTOPHER JARAMILLO,<br>ROBERT SHERMAN CONN,<br>ANDREW JAMES HUCKS, and<br>FERNANDO TORRES,<br><br>              Defendants. | CR 15-361(A)-JGB<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 33<br>U.S.C. §§ 1317(d), 1319(c)(2)(A):<br>Knowing Discharge of a Water<br>Pollutant in Violation of a<br>Pretreatment Standard; 33 U.S.C.<br>§ 1319(c)(4): Tampering With and<br>Rendering Inaccurate a Monitoring<br>Device and Method; 18 U.S.C.<br>§ 2(b): Causing An Act To Be Done] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this First Superseding Indictment:

A.   The Defendants

1.   Defendant STARLITE RECLAMATION ENVIRONMENTAL SERVICES, INC.

("STARLITE") was a business entity located in Fontana, California,

that treated and disposed industrial wastewater that it received from

its customers.

2.    Defendant CHRISTOPHER JARAMILLO was the owner and President of defendant STARLITE with the authority and responsibility for defendant STARLITE'S proper treatment and disposal of industrial wastewater.

3.    Defendant ROBERT SHERMAN CONN was a vice president of defendant STARLITE with the authority and responsibility for defendant STARLITE'S proper treatment and disposal of industrial wastewater.

4.    Defendant ANDREW JAMES HUCKS was employed by defendant STARLITE as a plant operator.

5.    Defendant FERNANDO TORRES was employed by defendant STARLITE as a plant operator.

B.    The Clean Water Act

6.    The Federal Water Pollution Control Act, commonly known as the Clean Water Act ("CWA"), prohibited the owner or operator of any source of pollutants from introducing such pollutants into a municipal sewage system in violation of pretreatment standards under the CWA.  33 U.S.C. § 1317(d).

7.    "Pollutant" meant, among other things, chemical and industrial waste.  33 U.S.C. § 1362(6).

8.    Pursuant to the CWA, the United States Environmental Protection Agency ("EPA") promulgated what are called "National Pretreatment Standards" for industrial sources of wastewater, such as defendant STARLITE, which discharge to Publicly Owned Treatment Works ("POTWs").  33 U.S.C. § 1317(b) and (c).

9.    POTWs were public facilities such as sewage treatment plants that treat municipal sewage or industrial waste of a liquid

1   nature.   The term "POTWs" included sewers, pipes, or other

2   conveyances that convey water to a POTW.   40 C.F.R. § 403.3(q).

3          10.   Industrial wastewater dischargers such as defendant

4   STARLITE were required to pretreat their wastewater before

5   discharging it to a POTW in order to comply with the National

6   Pretreatment Standards.   33 U.S.C. §§ 1317(b), (d); 40 C.F.R.

7   §§ 403.1 et seq.

8          11.   "Pretreatment" included the reduction of the amount of

9   pollutants, the elimination of pollutants, or the alteration of the

10  nature of pollutant properties in wastewater before discharging such

11  pollutants into a POTW.   40 C.F.R. § 403.3(s).

12         12.   The National Pretreatment Standards also prohibited the

13  discharge to a POTW of industrial wastewater which had a pH level

14  lower than 5.0.   40 C.F.R. § 403.5(b)(2).

15         13.   The County Sanitation Districts of Los Angeles County ("LA

16  County Sanitation") had a local pretreatment program that was

17  approved on or about March 27, 1985, by the EPA pursuant to the CWA.

18  Pursuant to that approval, LA County Sanitation was authorized to

19  issue permits to industrial users for the discharge of treated

20  wastewater to a POTW.

21         14.   The Inland Empire Utilities Agency ("IEUA") had a

22  pretreatment program that was approved on or about May 6, 1983, by

23  the EPA pursuant to the CWA.

24         15.   Defendant STARLITE discharged its treated wastewater into a

25  POTW operated by the IEUA, which flowed to a POTW operated by LA

26  County Sanitation.

27         16.   Defendant STARLITE had a discharge permit issued by LA

28  County Sanitation that, under certain conditions and requirements,

1  allowed defendant STARLITE to discharge treated industrial wastewater
2  to a POTW.

3      17.   Included in the permit issued to defendant STARLITE was the
4  requirement that defendant STARLITE conduct periodic monitoring and
5  sampler of the treated wastewater that it discharged to a POTW.  The
6  permit further required that the wastewater samples were to be
7  collected in such a way that they were representative of the total
8  discharge of wastewater generated by a typical day's operations, and
9  that each representative sample should be collected over one 24-hour
10 period and analyzed for certain parameters set forth in the permit.

11     18.   The conditions and requirements under the permit issued to
12 defendant STARLITE were enforced by LA County Sanitation and the
13 IEUA.

14     19.   These Introductory Allegations are incorporated by this
15 reference into each and every count of this First Superseding
16 Indictment.

17

18

19

20

21

22

23

24

25

26

27

28

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECTS OF THE CONSPIRACY

Beginning on an unknown date and continuing to on or about June 4, 2015, in San Bernardino County, within the Central District of California, and elsewhere, defendants STARLITE RECLAMATION ENVIRONMENTAL SERVICES, INC. ("STARLITE"), CHRISTOPHER JARAMILLO ("JARAMILLO"), ROBERT SHERMAN CONN ("CONN"), ANDREW JAMES HUCKS ("HUCKS"), and FERNANDO TORRES ("TORRES"), and others known and unknown to the Grand Jury, conspired and agreed with each other to:

(1) knowingly discharge water pollutants in violation of a national pre-treatment standard, in violation of Title 33, United States Code, Sections 1317, 1319(c)(2)(A);

(2) knowingly tamper with and render inaccurate a monitoring device and method used to measure the pH of water pollutants, in violation of Title 33, United States Code, Sections 1317 and 1319(c)(4); and

(3) knowingly and willfully defraud the United States by using deceitful and dishonest means to frustrate the functions and efforts of the United States Environmental Protection Agency to enforce the Clean Water Act ("CWA").

B.   MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were carried out, and were to be carried out, in substance as follows:

1.   Defendants JARAMILLO and CONN would cause defendants HUCKS and TORRES and others not to treat, or not to sufficiently treat, wastewater that had been delivered to defendant STARLITE for treatment.

1       2.    Defendants HUCKS and TORRES, while responsible for
2  operating equipment that should have been used to treat wastewater,
3  would knowingly fail to treat, or to sufficiently treat, the
4  wastewater.

5       3.    Defendants HUCKS and TORRES would knowingly discharge, or
6  cause to be discharged, wastewater that had not been treated and,
7  consequently, had a pH level below 5.0.

8       4.    Defendant JARAMILLO would instruct defendants HUCKS and
9  TORRES to fill the sample box, in which the pH of treated wastewater
10 was to be measured, with clean water so that a monitoring device
11 would only draw in clean water instead of wastewater that had not
12 been treated.

13      5.    Defendant CONN would instruct defendant HUCKS and another
14 employee of defendant STARLITE to add coffee to a bucket of clean
15 water so that samples of the water that were measured by a monitoring
16 device would look more like treated wastewater.

17      6.    Defendant CONN would instruct defendant HUCKS to remove a
18 monitoring device, namely, a pH probe, from the sample box and to put
19 the pH probe into a bucket of clean water, in order to evade
20 detection of low pH wastewater being discharged into a POTW.

21      7.    Defendant CONN would instruct defendant TORRES to remove a
22 pH probe from the sample box at the time when defendant STARLITE was
23 discharging untreated, or insufficiently treated, wastewater.

24      8.    Defendant CONN would instruct defendant TORRES to remove a
25 hose from the sample box so that another monitoring device, known as
26 an ISCO sampler device, would not detect untreated wastewater that
27 would be discharged by defendant STARLITE.

28

1      9.    When inspectors from the Inland Empire Utilities Agency

2  would arrive at STARLITE's facility to conduct a compliance

3  inspection, employees of defendant STARLITE, including defendant

4  HUCKS, would take steps, such as closing off the wastewater treatment

5  area from view of the inspectors, to evade detection of their

6  unlawful discharges of wastewater or their tampering with monitoring

7  equipment.

8      10.   Defendant STARLITE would discharge low pH wastewater into

9  the POTW well outside of its represented hours of operation to avoid

10  detection by authorities.

11      11.   Defendant CONN would instruct an employee of defendant

12  STARLITE to modify defendant STARLITE's facility piping systems to

13  increase defendant STARLITE's ability to discharge untreated

14  wastewater.

15  C.   OVERT ACTS

16      On or about the following dates, in furtherance of the

17  conspiracy and to accomplish its objects, defendants STARLITE,

18  JARAMILLO, CONN, HUCKS, and TORRES, and other co-conspirators known

19  and unknown to the Grand Jury, committed and willfully caused others

20  to commit various overt acts within the Central District of

21  California and elsewhere, including, but not limited to, the

22  following:

23      Overt Act No. 1:   On or about November 25, 2014, during the

24  hours between 9:30 a.m. and 10:30 a.m., defendants STARLITE and HUCKS

25  discharged wastewater that had an average pH level of approximately

26  3.81 into a drain that flowed to a publicly owned treatment works

27  operated and maintained by the Inland Empire Utilities Agency and to

28

1  another publicly owned treatment works operated by the County

2  Sanitation Districts of Los Angeles County (the "Inland/LA POTW").

3      Overt Act No. 2:   On or about November 26, 2014, defendant

4  STARLITE discharged wastewater that had a pH level of approximately

5  2.67 into the Inland/LA POTW.

6      Overt Act No. 3:   On or about November 26, 2014, defendant

7  HUCKS represented to IEUA inspectors that defendant STARLITE would be

8  closed from November 27, 2014 to December 1, 2014.

9      Overt Act No. 4:   On or about November 29, 2014, between the

10  hours of 6:00 a.m. and 7:00 a.m., defendant STARLITE discharged

11  wastewater that had an average pH level of approximately 3.13 into

12  the Inland/LA POTW.

13      Overt Act No. 5:   On or about December 1, 2014, defendant

14  STARLITE discharged wastewater that had a pH level of approximately

15  3.58 into the Inland/LA POTW

16      Overt Act No. 6:   On or about December 2, 2014, when

17  inspectors from the Inland Empire Utilities Agency arrived at

18  defendant STARLITE's facility to conduct an inspection, employees of

19  defendant STARLITE closed the door to the wastewater treatment area.

20      Overt Act No. 7:   On or about December 17, 2014, defendant

21  JARAMILLO represented to the Inland Empire Utilities Agency that

22  STARLITE's operating hours were from 6:30 a.m. to 8:30 p.m.

23      Overt Act No. 8:   On or about December 22, 2014, defendant

24  STARLITE discharged wastewater that had a pH level of approximately

25  2.61 into the Inland/LA POTW.

26      Overt Act No. 9:   On or about December 23, 2014, between the

27  hours of approximately 3:10 a.m. and 4:10 a.m., defendant STARLITE

28  discharged wastewater that had an average pH level of approximately

1  3.58 into the Inland/LA POTW.

2      Overt Act No. 10:  On or about December 24, 2014, between the

3  hours of 3:10 a.m. and 4:10 a.m., defendant STARLITE discharged

4  wastewater that had an average pH level of approximately 2.52 into

5  the Inland/LA POTW.

6      Overt Act No. 11:  On or about December 29, 2014, during the

7  period between the hours of 7:40 p.m. and 8:40 p.m., defendants

8  STARLITE and TORRES discharged wastewater that had an average pH

9  level of approximately 2.78 into the Inland/LA POTW.

10      Overt Act No. 12:  On or about December 30, 2014, during the

11  period between 10:35 a.m. and 11:35 a.m., defendant STARLITE

12  discharged wastewater that had an average pH of approximately 4.35

13  into the Inland/LA POTW.

14      Overt Act No. 13:  On or about December 30, 2014, during the

15  period between 11:35 a.m. and 12:35 p.m., defendant STARLITE

16  discharged wastewater that had an average pH of approximately 3.71

17  into the Inland/LA POTW.

18      Overt Act No. 14:  On or about December 30, 2014, between the

19  period between 12:35 p.m. and 1:35 p.m., defendant STARLITE

20  discharged wastewater that had an average pH of approximately 3.8

21  into the Inland/LA POTW.

22      Overt Act No. 15:  On or about December 30, 2014, during the

23  period between 1:35 p.m. and 2:35 p.m., defendant STARLITE discharged

24  wastewater that had an average pH of approximately 3.80 into the

25  Inland/LA POTW.

26      Overt Act No. 16:  On or about December 30, 2014, at

27  approximately 2:17 p.m., as inspectors from the Inland Empire

28  Utilities Agency arrived at defendant STARLITE's facility to conduct

1  an inspection, an employee of defendant STARLITE sounded an audio

2  alarm throughout the facility and employees of defendant STARLITE,

3  including one employee with a water hose in hand, were running.

4  Overt Act No. 17:   On or about December 30, 2014, during the

5  period between the hours of 2:35 p.m. and 3:35 p.m., defendant

6  STARLITE discharged wastewater that had an average pH of

7  approximately 12.50 into the Inland/LA POTW.

8  Overt Act No. 18:   On or about December 30, 2014, during the

9  period between the hours of 3:35 p.m. and 4:35 p.m., defendants

10  STARLITE and TORRES discharged wastewater that had an average pH of

11  approximately 12.51 into the Inland/LA POTW.

12  Overt Act No. 19:   On or about December 31, 2014, during the

13  period between the hours of 6:35 a.m. and 7:35 a.m., defendant

14  STARLITE discharged wastewater that had an average pH level of

15  approximately 4.22 into the Inland/LA POTW.

16  Overt Act No. 20:   On or about January 5, 2015, defendants

17  STARLITE and HUCKS discharged wastewater that had a pH level of

18  approximately 2.54 into the Inland/LA POTW.

19  Overt Act No. 21:   On or about January 12, 2015, during the

20  period between the hours of 3:45 p.m. and 4:45 p.m., defendants

21  STARLITE and TORRES discharged wastewater that had a pH level of

22  approximately 3.55 into the Inland/LA POTW.

23  Overt Act No. 22:   On or about January 13, 2015, during the

24  period between the hours of 7:45 a.m. and 8:45 a.m., defendants

25  STARLITE and HUCKS discharged wastewater that had an average pH level

26  of approximately 3.2 into the Inland/LA POTW.

27  Overt Act No. 23:   On or about January 14, 2015, during the

28  period between the hours of 8:32 a.m. and 9:32 a.m., defendants

STARLITE and HUCKS discharged wastewater that had an average pH level of approximately 3.28 into the Inland/LA POTW.

Overt Act No. 24: On or about January 20, 2015, during the period between the hours of 2:00 p.m. and 3:00 p.m., defendants STARLITE and HUCKS discharged wastewater that had an average pH level of approximately 3.07 into the Inland/LA POTW.

Overt Act No. 25: On or about January 21, 2015, during the period between the hours of 7:00 a.m. and 8:00 a.m., defendants STARLITE and HUCKS discharged wastewater that had an average pH level of approximately 2.96 into the Inland/LA POTW.

Overt Act No. 26: On or about January 22, 2015, during the period between 8:00 a.m. and 9:00 a.m., defendants STARLITE and HUCKS discharged wastewater that had an average pH level of approximately 3.05 into the Inland/LA POTW.

Overt Act No. 27: On or about January 26, 2015, at approximately 10:30 a.m., defendants STARLITE and HUCKS discharged wastewater that had a pH level of approximately 2.95 into the Inland/LA POTW.

Overt Act No. 28: On or about January 26, 2015, as inspectors from the Inland Empire Utilities Agency arrived at defendant STARLITE's facility at approximately 10:45 a.m., to conduct an inspection, an employee of defendant STARLITE made a hand signal to defendant HUCKS which consisted of moving his open palm hand, with his palm down and his hand perpendicular to his throat, from left to right.

Overt Act No. 29: On or about January 26, 2015, defendant HUCKS, upon the arrival of inspectors from the Inland Empire Utilities Agency at defendant STARLITE's facility, and just after

11

1  receiving a hand signal from an employee of defendant STARLITE,
2  promptly left a truck receiving area and entered the wastewater
3  treatment area and closed the door behind him.

4      Overt Act No. 30:   On or about February 4, 2015, between the
5  hours of approximately 2:15 a.m. and 3:15 a.m., defendant STARLITE
6  discharged wastewater that had an average pH level of approximately
7  3.01 into the Inland/LA POTW.

8      Overt Act No. 31:   On or about February 5, 2015, during the
9  period between the hours of 9:15 a.m. and 10:15 a.m., defendants
10 STARLITE and HUCKS discharged wastewater that had an average pH level
11 of approximately 3.65 into the Inland/LA POTW.

12     Overt Act No. 32:   On or about February 13, 2015, defendant
13 STARLITE discharged wastewater that had a pH level of less than 4.0
14 into the Inland/LA POTW.

15     Overt Act No. 33:   On or about February 14, 2015, defendant
16 STARLITE discharged wastewater that had a pH level of less than 4.0
17 into the Inland/LA POTW.

18     Overt Act No. 34:   On or about February 16, 2015, defendants
19 STARLITE and HUCKS discharged wastewater that had a pH level of less
20 than 4.0 into the Inland/LA POTW.

21     Overt Act No. 35:   On or about February 17, 2015, defendant
22 STARLITE discharged wastewater that had a pH level of less than 4.0
23 into the Inland/LA POTW.

24     Overt Act No. 36:   On or about February 18, 2015, defendant
25 STARLITE discharged wastewater that had a pH level of less than 4.0
26 into the Inland/LA POTW.

27     Overt Act No. 37:   On or about February 19, 2015, defendant
28 STARLITE discharged wastewater that had a pH level of less than 4.0

1   into the Inland/LA POTW.

2     Overt Act No. 38: On or about February 20, 2015, defendant

3   STARLITE discharged wastewater that had a pH level of less than 4.0

4   into the Inland/LA POTW.

5     Overt Act No. 39: On or about February 21, 2015, defendant

6   STARLITE discharged wastewater that had a pH level of less than 4.0

7   into the Inland/LA POTW.

8     Overt Act No. 40: On or about February 24, 2015, defendants

9   STARLITE and HUCKS discharged wastewater that had a pH level of less

10  than 4.0 into the Inland/LA POTW.

11    Overt Act No. 41: On or about February 25, 2015, defendants

12  STARLITE and HUCKS discharged wastewater that had a pH level of less

13  than 4.0 into the Inland/LA POTW.

14    Overt Act No. 42: On or about February 26, 2015, defendants

15  STARLITE and HUCKS discharged wastewater that had a pH level of less

16  than 4.0 into the Inland/LA POTW.

17    Overt Act No. 43: On or about February 27, 2015, defendant

18  STARLITE discharged wastewater that had a pH level of less than 4.0

19  into the Inland/LA POTW.

20    Overt Act No. 44: On or about February 28, 2015, defendant

21  STARLITE discharged wastewater that had a pH level of less than 4.0

22  into the Inland/LA POTW.

23    Overt Act No. 45: On or about March 3, 2015, defendant

24  STARLITE discharged wastewater that had a pH level of less than 4.0

25  into the Inland/LA POTW.

26    Overt Act No. 46: On or about March 4, 2015, defendant

27  STARLITE discharged wastewater that had a pH level of less than 4.0

28  into the Inland/LA POTW.

1    Overt Act No. 47:   On or about March 6, 2015, defendant

2  STARLITE and HUCKS discharged wastewater that had a pH level of less

3  than 3.0 into the Inland/LA POTW.

4    Overt Act No. 48:   On or about March 7, 2015, defendant

5  STARLITE discharged wastewater that had a pH level of less than 3.0

6  into the Inland/LA POTW.

7    Overt Act No. 49:   On or about March 11, 2015, defendants

8  STARLITE and HUCKS discharged wastewater that had a pH level of less

9  than 4.0 into the Inland/LA POTW.

10    Overt Act No. 50:   On or about March 12, 2015, defendant

11  STARLITE discharged wastewater that had a pH level of less than 4.0

12  into the Inland/LA POTW.

13    Overt Act No. 51:   On or about March 13, 2015, defendant

14  STARLITE discharged wastewater that had a pH level of less than 4.0

15  into the Inland/LA POTW.

16    Overt Act No. 52:   On or about March 14, 2015, defendant

17  STARLITE discharged wastewater that had a pH level of less than 4.0

18  into the Inland/LA POTW.

19    Overt Act No. 53:   On or about March 17, 2015, defendant

20  STARLITE discharged wastewater that had a pH level of less than 4.0

21  into the Inland/LA POTW.

22    Overt Act No. 54:   On or about March 18, 2015, defendant

23  STARLITE discharged wastewater that had a pH level of less than 4.0

24  into the Inland/LA POTW.

25    Overt Act No. 55:   On or about March 19, 2015, defendant

26  STARLITE discharged wastewater that had a pH level of less than 4.0

27  into the Inland/LA POTW.

28    Overt Act No. 56:   On or about March 20, 2015, defendants

1  STARLITE and TORRES discharged wastewater that had a pH level of less
2  than 4.0 into the Inland/LA POTW.

3      Overt Act No. 57:   On or about March 23, 2015, defendants
4  STARLITE and TORRES discharged wastewater that had a pH level of less
5  than 4.0 into the Inland/LA POTW.

6      Overt Act No. 58:   On or about March 24, 2015, defendants
7  STARLITE and HUCKS discharged wastewater that had a pH level of less
8  than 4.0 into the Inland/LA POTW.

9      Overt Act No. 59:   On or about March 25, 2015, defendant
10 STARLITE discharged wastewater that had a pH level of less than 3.0
11 into the Inland/LA POTW.

12     Overt Act No. 60:   On or about March 26, 2015, defendants
13 STARLITE and HUCKS discharged wastewater that had a pH level of less
14 than 3.0 into the Inland/LA POTW.

15     Overt Act No. 61:   On or about March 26, 2015, defendants
16 STARLITE and TORRES discharged wastewater that had a pH level of less
17 than 4.0 into the Inland/LA POTW.

18     Overt Act No. 62:   On or about March 27, 2015, defendants
19 STARLITE and HUCKS discharged wastewater that had a pH level of less
20 than 4.0 into the Inland/LA POTW.

21     Overt Act No. 63:   On or about March 31, 2015, defendants
22 STARLITE and HUCKS discharged wastewater that had a pH level of less
23 than 4.0 into the Inland/LA POTW.

24     Overt Act No. 64:   On or about March 31, 2015, defendants
25 STARLITE and TORRES discharged wastewater that had a pH level of less
26 than 4.0 into the Inland/LA POTW.

27     Overt Act No. 65:   On or about April 1, 2015, defendants
28 STARLITE and HUCKS discharged wastewater that had a pH level of less

1  than 4.0 into the Inland/LA POTW.

2      Overt Act No. 66:   On or about April 2, 2015, defendants
3  STARLITE and HUCKS discharged wastewater that had a pH level of less
4  than 4.0 into the Inland/LA POTW.

5      Overt Act No. 67:   On or about April 2, 2015, defendants
6  STARLITE and TORRES discharged wastewater that had a pH level of less
7  than 4.0 in the Inland/LA POTW.

8      Overt Act No. 68:   On or about April 3, 2015, defendants
9  STARLITE and HUCKS discharged wastewater that had a pH level of less
10 than 4.0 into the Inland/LA POTW.

11     Overt Act No. 69:   On or about April 6, 2015, defendants
12 STARLITE and HUCKS discharged wastewater that had a pH level of less
13 than 4.0 into the Inland/LA POTW.

14     Overt Act No. 70:   On or about April 7, 2015, defendants
15 STARLITE and HUCKS discharged wastewater that had a pH level of less
16 than 4.0 into the Inland/LA POTW.

17     Overt Act No. 71:   On or about April 8, 2015, defendants
18 STARLITE and HUCKS discharged wastewater that had a pH level of less
19 than 4.0 into the Inland/LA POTW.

20     Overt Act No. 72:   On or about April 9, 2015, defendants
21 STARLITE and HUCKS discharged wastewater that had a pH level of less
22 than 4.0 into the Inland/LA POTW.

23     Overt Act No. 73:   On or about April 9, 2015, defendants
24 STARLITE and TORRES discharged wastewater that had a pH level of less
25 than 4.0 into the Inland/LA POTW.

26     Overt Act No. 74:   On or about April 10, 2014, defendant
27 STARLITE discharged wastewater that had a pH level of less than 4.0
28 into the Inland/LA POTW.

1    Overt Act No. 75:   On or about April 23, 2015, defendant
2  STARLITE discharged wastewater that had a pH level of less than 4.0
3  into the Inland/LA POTW.

4    Overt Act No. 76:   On or about April 24, 2015, defendants
5  STARLITE and TORRES discharged wastewater that had a pH level of less
6  than 4.0 into the Inland/LA POTW.

7    Overt Act No. 77:   On or about April 27, 2015, defendants
8  STARLITE and HUCKS discharged wastewater that had a pH level of less
9  than 4.0 into the Inland/LA POTW.

10    Overt Act No. 78:   On or about April 28, 2015, defendants
11  STARLITE and HUCKS discharged wastewater that had a pH level of less
12  than 4.0 into the Inland/LA POTW.

13    Overt Act No. 79:   On or about April 29, 2015, defendants
14  STARLITE and HUCKS discharged wastewater that had a pH level of less
15  than 4.0 into the Inland/LA POTW.

16    Overt Act No. 80:   On or about April 30, 2015, defendant
17  STARLITE discharged wastewater that had a pH level of less than 4.0
18  into the Inland/LA POTW.

19    Overt Act No. 81:   On or about May 1, 2015, defendant STARLITE
20  discharged wastewater that had a pH level of less than 4.0 into the
21  Inland/LA POTW.

22    Overt Act No. 82:   On or about May 4, 2015, defendant STARLITE
23  discharged wastewater that had a pH level of less than 4.0 into the
24  Inland/LA POTW.

25    Overt Act No. 83:   On or about May 5, 2015, defendant STARLITE
26  discharged wastewater that had a pH level of less than 4.0 into the
27  Inland/LA POTW.

28    Overt Act No. 84:   On or about May 6, 2015, defendants STARLITE

1  and TORRES discharged wastewater that had a pH level of less than 4.0
2  into the Inland/LA POTW.

3     Overt Act No. 85:   On or about May 7, 2015, defendant STARLITE
4  discharged wastewater that had a pH level of less than 4.0 into the
5  Inland/LA POTW.

6     Overt Act No. 86:   On or about May 8, 2015, defendants STARLITE
7  and TORRES discharged wastewater that had a pH level of less than 4.0
8  into the Inland/LA POTW.

9     Overt Act No. 87:   On or about May 11, 2015, defendants
10 STARLITE and TORRES discharged wastewater that had a pH level of less
11 than 4.0 into the Inland/LA POTW.

12    Overt Act No. 88:   On or about May 12, 2015, defendants
13 STARLITE and TORRES discharged wastewater that had a pH level of less
14 than 4.0 into the Inland/LA POTW.

15    Overt Act No. 89:   On or about May 13, 2015, defendant STARLITE
16 discharged wastewater that had a pH level of less than 4.0 into the
17 Inland/LA POTW.

18    Overt Act No. 90:   On or about May 14, 2015, defendants
19 STARLITE and TORRES discharged wastewater that had a pH level of less
20 than 4.0 into the Inland/LA POTW.

21    Overt Act No. 91:   On or about May 15, 2015, defendant STARLITE
22 discharged wastewater that had a pH level of less than 4.0 into the
23 Inland/LA POTW.

24    Overt Act No. 92:   On or about June 3, 2015, defendant HUCKS
25 removed an ISCO sampler device hose from the sample box.

26    Overt Act No. 93:   On or about June 3, 2015, an employee of
27 defendant STARLITE removed a pH probe from the sample box.

28    Overt Act No. 94:   On or about June 4, 2015, defendant HUCKS,

removed a pH probe from the sample box, as instructed by defendant CONN.

Overt Act No. 95:  On or about June 4, 2015, defendant HUCKS removed an ISCO sampler device hose from the sample box.

Overt Act No. 96:  On or about June 4, 2015, defendant STARLITE diverted untreated wastewater from its treatment system and discharged the untreated wastewater into the Inland/LA POTW.

Overt Act No. 97:  On or about June 4, 2015, defendant STARLITE discharged wastewater that had a pH level of approximately 2.96 into the Inland/LA POTW.

COUNTS TWO THROUGH TEN

[33 U.S.C. §§ 1317(d), 1319(c)(2)(A); 18 U.S.C. § 2(b)])

On or about the following dates, in San Bernardino County, within the Central District of California, defendants STARLITE RECLAMATION ENVIRONMENTAL SERVICES, INC. ("STARLITE"), CHRISTOPHER JARAMILLO, ROBERT SHERMAN CONN, ANDREW JAMES HUCKS, and FERNANDO TORRES, as operators of a source, namely, the business premises of defendant STARLITE, located at 11225 Mulberry Avenue, Fontana, California, knowingly operated the source, and knowingly caused the source to be operated, in such a manner as to discharge, and willfully cause to be discharged, pollutants, namely, industrial wastewaters which had a pH level of less than 5.0, as indicated below, from defendant STARLITE's premises into a drain that flowed to a publicly owned treatment works operated and maintained by the Inland Empire Utilities Agency and to another publicly owned treatment works operated by the County Sanitation Districts of Los Angeles County, in violation of a National Pretreatment Standard.

| COUNT | DATE | pH OF DOWNSTREAM INDUSTRIAL WASTEWATER DISCHARGE |
|-------|------|--------------------------------------------------|
| TWO   | 1-12-15 | Average pH approximately 3.55 |
| THREE | 1-13-15 | Average pH approximately 3.20 |
| FOUR  | 1-14-15 | Average pH approximately 3.28 |
| FIVE  | 1-20-15 | Average pH approximately 3.07 |
| SIX   | 1-21-15 | Average pH approximately 2.96 |
| SEVEN | 3-6-15  | Less than 3.00 |

| COUNT | DATE | pH OF DOWNSTREAM INDUSTRIAL WASTEWATER DISCHARGE |
|-------|------|--------------------------------------------------|
| EIGHT | 3-7-15 | Less than 3.00 |
| NINE | 3-26-15 | Less than 3.00 |
| TEN | 6-4-15 | Approximately 2.96 |

COUNT ELEVEN

[33 U.S.C. § 1319(c)(4); 18 U.S.C. § 2(b)]

On or about June 3, 2015, in San Bernardino County, within the Central District of California, defendants STARLITE RECLAMATION ENVIRONMENTAL SERVICES, INC. ("STARLITE"), CHRISTOPHER JARAMILLO, ROBERT SHERMAN CONN, ANDREW JAMES HUCKS ("HUCKS"), and FERNANDO TORRES, the operators of a source, namely, the business premises of defendant STARLITE, located at 11225 Mulberry Avenue, Fontana, California, knowingly tampered with and rendered inaccurate, and willfully caused to be tampered with and rendered inaccurate, a monitoring device and method, namely, an ISCO 24-hour sampler device and a pH probe, that defendant STARLITE was required to operate and maintain in order to monitor certain chemical parameters of defendant STARLITE's wastewater effluent that was discharged to a publicly owned treatment works ("POTW") operated and maintained by the County Sanitation Districts of Los Angeles County and to another POTW operated and maintained by the Inland Empire Utilities Agency. Specifically, on or about June 3, 2015, defendant HUCKS and other employees, acting under the direction of defendant STARLITE, removed an ISCO sampler device hose and pH probe from a sample box, where it would be used to monitor defendant STARLITE's discharged wastewater, and, instead, placed the hose and the pH probe into a bucket of water in order to evade detection of low pH wastewater and other pollutants being discharged into the POTW.

COUNT TWELVE

[33 U.S.C. § 1319(c)(4), 18 U.S.C. § 2(b)]

On or about June 4, 2015, in San Bernardino County, within the Central District of California, defendants STARLITE RECLAMATION ENVIRONMENTAL SERVICES, INC. ("STARLITE"), CHRISTOPHER JARAMILLO, ROBERT SHERMAN CONN, and ANDREW JAMES HUCKS ("HUCKS"), as operators of a source, namely, the business premises of defendant STARLITE, located at 11225 Mulberry Avenue, Fontana, California, knowingly tampered with and rendered inaccurate, and willfully caused to be tampered with and rendered inaccurate, a monitoring device and method, namely, an ISCO sampler device hose and a pH probe, that defendant STARLITE was required to maintain in order to monitor the pH level of defendant STARLITE's wastewater effluent that was discharged to a publicly owned treatment works ("POTW") operated and maintained by the County Sanitation Districts of Los Angeles County and to another POTW operated and maintained by the Inland Empire Utilities Agency.  Specifically, on or about June 4, 2015, defendant HUCKS removed an ISCO sampler device hose and a pH probe from a sample box, where it would be used to monitor the pH level of

//

1  defendant STARLITE's discharged wastewater, and, instead, placed the

2  hose and the pH probe into a bucket of water in order to evade

3  detection of low pH wastewater and other pollutants being discharged

4  into the POTW.

5

6                                              A TRUE BILL

7

8                                              _____
                                               Foreperson

9

10

11  SANDRA R. BROWN
    Acting United States Attorney

12  Scott Garringer
    Deputy Chief, Criminal Division For:

13

14  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
    Chief, Criminal Division

15

16  JOSEPH O. JOHNS
    Assistant United States Attorney
    Chief, Environmental and

17  Community Safety Crimes Section

18  MARK A. WILLIAMS
    Assistant United States Attorney

19  Deputy Chief, Environmental and
    Community Safety Crimes Section

20

21  DENNIS MITCHELL
    ERIK M. SILBER
    Assistant United States Attorneys

22  Environmental and Community
    Safety Crimes Section

23

24

25

26

27

28

                                    24